IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

P. A. NORRIS,

    Plaintiff,

v.                                        CASE NO. 1:06-cv-00233-SPM-AK

JAMES B. PEAKE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 35, Defendant's motion for extension of time to file dispositive motions and to postpone mediation. Plaintiff has not opposed these requests.

Accordingly, it is **ORDERED**:

That the motion for extension of time, Doc. 35, is **GRANTED**;

That the deadline for filing dispositive motions is hereby extended until **October 15, 2008**;

That mediation is hereby **POSTPONED** pending rulings on any dispositive motions which may be filed;

That if the dispositive motions are denied, then the Court will issue an appropriate order resetting the mediation deadlines at that time.

**DONE AND ORDERED** this _8th_ day of October, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**