IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

P. A. NORRIS,

    Plaintiff,

v.                                                             CASE NO. 1:06-cv-00233-SPM-AK

JAMES PEAKE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 44, Plaintiff's Motion for Leave for Extension of Time to Submit Additional Summary Judgment Materials. The motion is **MOOT**, as the Order setting the deadline for response, Doc. 44, gave Plaintiff one day longer to respond than now requested. Her response is presently due January 30, 2009.

**DONE AND ORDERED** this  **5th**  day of January, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**