IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

P.A. NORRIS,

    Plaintiff,

v.                                        CASE NO. 1:06-cv-00233-SPM-AK

JAMES PEAKE,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 47, Plaintiff's Motion for Reconsideration of the order denying appointment of counsel.  The motion is **DENIED**, Plaintiff having failed to present any new argument or evidence regarding appointment of counsel.

**DONE AND ORDERED** this  *6th*  day of February, 2009.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**