UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

P.A. NORRIS,

        Plaintiff,

v.                                      CASE NO.: 1:06-CV-233-SPM

JAMES B. PEAKE, SECRETARY,
DEPARTMENT OF VETERANS
AFFAIRS,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation (doc. 51).  Plaintiff has been furnished a copy of the Report and Recommendation and has filed an letter in response (doc. 52).  Though not officially an objection, the Court will construe it as such and pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a de novo determination of any portions of the Report and Recommendation to which an objection has been made.

Defendant's claim that Plaintiff's complaint was untimely filed is supported by the evidence submitted by the Plaintiff to the Magistrate Judge.  It is imperative that discrimination complaints are filed in strict adherence to the statute of limitations of the governing federal statute.  Plaintiff's complaint, filed

on November 9, 2006 was untimely filed. Therefore, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 51) is ***adopted and incorporated*** by reference in this order.

2. Defendant's motion for summary judgment (doc. 38) is ***granted***.

3. Plaintiff's complaint (doc. 1) is ***dismissed with prejudice***.

4. The Clerk of Court is instructed to close this file.

DONE AND ORDERED this <u>fifteenth</u> day of May, 2009.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge